ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2021 NOV -5  PM 12: 52

DEPUTY CLERK_____

| UNITED STATES OF AMERICA | NO.  3:21-CR-393-B |
|---|---|
| v. | |
| Yevgeniy Igorevich Polyanin (01)<br>    a/k/a Evgeniy Igorevich Polyanin<br>    a/k/a Evgeniy Polyanin<br>    a/k/a LK4D4<br>    a/k/a Damnating<br>    a/k/a Damn2life<br>    a/k/a Noolleds<br>    a/k/a Antunpitre<br>    a/k/a Affiliate 23 | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States of America ("the government"), by and through the undersigned Assistant United States Attorney, respectfully moves for an Order unsealing the Indictment and Arrest Warrant in the above-captioned criminal case.

As detailed in the Indictment, the defendant has been indicted for his involvement in the Sodinokibi/REvil ransomware scheme.[1]   The investigation has revealed that the defendant was a Sodinokibi/REvil actor who conducted approximately 3,000 Sodinokibi/REvil ransomware attacks where the ransom demanded was approximately $3.9 billion, and the ransom paid was approximately $35 million.   The defendant

---

1   Since in or about April 2019, Sodinokibi/REvil ransomware actors have conducted ransomware attacks across the United States, and elsewhere resulting in the receipt of over $200 million dollars in ransom payments from thousands of victims.   Victims can include individual victim entities, businesses, etc., and can also include computer/bots.   At least approximately 175,000 computers worldwide were attacked.

received approximately $13 million of the $35 million paid as a result of the 3,000 attacks. The attacks committed by the defendant were against private businesses and entities in the United States, and also entities that are part of United States critical infrastructure, *e.g.* law enforcement agencies and municipalities in the Northern District of Texas.

To date, the defendant has not been arrested pursuant to the Arrest Warrant. However, the United States has seized at least $6.1 million dollars of the $13 million obtained, and laundered, by the defendant from his involvement in the Sodinokibi/REvil ransomware scheme. (3:21-MJ-888-BT). In the coming weeks, the United States will be seeking a Civil Complaint against the money the defendant received, and laundered, from the ransomware attacks he conducted which is the subject of the Seizure Warrant. In light of the seizure of the defendant's proceeds, the defendant is likely aware of the United States actions against him.

Further, in the near future, a public announcement of the Indictment in this case with an offer of a reward for information leading to the arrest or conviction of any individual conspiring to participate in or attempting to participate in a Sodinokibi variant ransomware incident is anticipated. The government believes that public disclosure of the Indictment and arrest warrant in this case could lead to information that will assist law enforcement in locating and apprehending the defendant.

Additionally, it is no longer necessary for this case to be treated as Highly Sensitive Documents, pursuant to Miscellaneous Order 61-1.

Therefore, the government asks that the Court enter an Order unsealing the Indictment and Arrest in this criminal case.

Dated this 5th day of November 2021.

                                              Respectfully submitted,

                                              CHAD E. MEACHAM
                                              Acting United States Attorney

                                              TIFFANY H. EGGERS
                                              Assistant United States Attorney
                                              Florida Bar No. 0193968
                                              1100 Commerce Street, Third Floor
                                              Dallas, Texas 75242-1699
                                              Telephone: 214-.659-8600
                                              Facsimile: 214-659-8805
                                              Email: Tiffany.Eggers@usdoj.gov